Cite as 2023 Ark. 39

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS JUDGES AND
LAWYERS ASSISTANCE PROGRAM
COMMITTEE

**Opinion Delivered:** March 9, 2023

## PER CURIAM

Catherine Corless is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member, for a six-year term expiring March 9, 2029. She is replacing William B. Putman, whose term has concluded.

Brandi Collins is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member, for a six-year term expiring March 9, 2029. She is replacing the Honorable Melinda French, whose term has concluded.

Dean Cynthia Nance is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member, for a six-year term expiring March 9, 2029. She is replacing Jonathan Warren, whose term has concluded.

The court extends its sincere appreciation to Ms. Corless, Ms. Collins, and Dean Nance for accepting appointment to this important committee. The court also expresses its gratitude to Mr. Putman, Judge French, and Mr. Warren for their dedicated service to the committee.